[No. 43966-9-I.    Division One.    January 31, 2000.]

SUSAN M. VAN BRUWAENE, *Respondent*, v. BARCLAY
SEAFOOD & MEAT COMPANY, *Appellant.*

Appeal from a judgment of the Superior Court for King
County, No. 97-2-15071-0, Jim Bates, J., entered December
28, 1998. *Affirmed* by unpublished per curiam opinion.

[No. 44058-6-I.    Division One.    January 31, 2000.]

THE STATE OF WASHINGTON, *Respondent*, v. JOHN
MCKNIGHT, *Appellant.*

Appeal from a judgment of the Superior Court for King
County, No. 97-1-04946-2, Dean Scott Lum, J., entered
January 8 and 9, 1999. *Affirmed in part* and *remanded* by
unpublished per curiam opinion.

[No. 44084-5-I.    Division One.    January 31, 2000.]

MIKE M. JOHNSON, INC., *Appellant*, v. TIG INSURANCE
COMPANY, *Respondent.*

Appeal from a judgment of the Superior Court for King
County, No. 98-2-03921-3, Richard D. Eadie, J., entered
August 14, 1998. *Affirmed* by unpublished opinion per Agid,
A.C.J., concurred in by Coleman and Grosse, JJ.

[No. 44098-5-I.    Division One.    January 31, 2000.]

*In the Matter of the Marriage of* BEVERLY A. HAYES,
*Respondent*, and JAMES R. HAYES, SR., *Appellant.*

Appeal from a judgment of the Superior Court for King
County, No. 97-3-04103-5, Suzanne Marie Barnett, J.,
entered January 11, 1999. *Affirmed* by unpublished per
curiam opinion.